IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICK MCPHERRON, | : | |
| Petitioner, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 16-CV-6449 |
| | : | |
| THOMAS HOGAN, et al., | : | |
| Respondents. | : | |

O R D E R

On December 14, 2016, Petitioner filed a purported petition for habeas corpus relief. He did not use the court's current form. On December 21, 2016, the court ordered Petitioner to file a revised petition on the court's proper form within 30 days of the date of the Order. Petitioner has not filed a revised petition.

**AND NOW**, this   2nd   day of March 2017, **IT IS HEREBY ORDERED** that:

1. Petitioner's petition for writ of habeas corpus relief is **DISMISSED**; and,

2. There is no cause to issue a certificate of appealability; and,

3. The Clerk of Court shall close this matter.

   */s/ Gerald J. Pappert*
   **GERALD J. PAPPERT, J.**